IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIONEL R. BROWN, | ) | 8:14CV155 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Notice of Appeal, Motion to Proceed in Forma Pauperis on Appeal, and Motion for Appointment of Counsel. (Filing No. 12, Filing No. 13, and Filing No. 14.) Upon careful consideration,

IT IS ORDERED that:

1. In accordance with Federal Rule of Appellate Procedure 24(a)(3), leave to proceed in forma pauperis on appeal is granted (Filing No. 13) and Petititoner is relieved from paying the appellate filing fee at this time.

2. Petitioner's Motion for Appointment of Counsel (Filing No. 14) is denied without prejudice to reassertion before the Eighth Circuit Court of Appeals.

DATED this 2nd day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.