IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LIONEL R. BROWN, | ) | 8:14CV155 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner Lionel Brown's "Notice of Appeal" (Filing No. 23) filed on April 29, 2015. This notice bears the case number assigned to Brown's case by the Eighth Circuit Court of Appeals in *Brown v. Nebraska*, Case No. 14-2367 (8th Cir. 2014). This court previously dismissed Brown's Petition for Writ of Habeas Corpus because it was a second or successive petition filed without the permission of the Eighth Circuit Court of Appeals. (Filing No. 10.) Brown appealed this court's judgment, and the Eighth Circuit Court of Appeals denied a certificate of appealability on October 30, 2014. (*See* Filing No. 20.)

Brown set forth in his recently-filed notice of appeal that he seeks to appeal from the state court's denial of his *state* habeas corpus petition. This court does not have jurisdiction to hear a direct appeal from a state court decision. *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415 (1923); *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 476 (1983). This court does, however, have original jurisdiction to entertain a petition for writ of habeas corpus brought by a state prisoner who claims the state court made an error of federal law. To the extent Brown seeks to bring such a petition, he must do so by filing an original action in this court, not an appeal.

IT IS THEREFORE ORDERED that: The court will not act on Brown's notice of appeal. The clerk of the court is directed to send a copy of Brown's notice of appeal (Filing No. 23) to the Eighth Circuit Court of Appeals.

DATED this 30th day of April, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.